## SHETTER v. STATE.
### No. 24605.

Court of Criminal Appeals of Texas.
Jan. 18, 1950.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is theft from the person; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.